United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IAN ANTHONY BULANDR,

    Plaintiff,

v.

JIM ROBERTSON, et al.,

    Defendants.

Case No. 19-07942 BLF (PR)

**ORDER DISMISSING DEFENDANT GALARZA**

Plaintiff, a California state prisoner, filed a civil rights complaint in *pro se* pursuant to 42 U.S.C. §1983 against personnel at Pelican Bay State Prison ("PBSP"). Dkt. No. 1. On June 18, 2020, the Court issued an order of service and directed the Clerk to send a Request for Waiver of Service of Summons to Defendant Correctional Officer Galarza and other Defendants. Dkt. No. 8. On August 27, 2020, Deputy Attorney General C. Hay-Mie Cho notified the Court that Defendant Galarza does not work at PBSP. Dkt. No. 19. On September 4, 2020, the Court directed Plaintiff to provide current and accurate location information for Defendant Galarza. Dkt. No. 20. Plaintiff was warned that if he failed to provide the Court with the information requested within twenty-eight days of the order, his claims against this Defendant would be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and without further notice to Plaintiff. *Id.* at 2.

The time to comply has passed, and Plaintiff has failed to provide any information

regarding the whereabouts of Defendant Galarza.  Therefore, the claims against Defendant Galarza are **DISMISSED** without prejudice under Rule 4(m) of the Federal Rules of Civil Procedure from this action.

The Clerk shall terminate Defendant Galarza from this action.

**IT IS SO ORDERED.**

Dated**:  __October 28, 2020___**

BETH LABSON FREEMAN
United States District Judge

Order Dismissing Defendant Sherman
P:\PRO-SE\BLF\CR.19\07942.Bulandr.4mdism-Galarza.docx