UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN ANTHONY BULANDR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JIM ROBERTSON, et al.,<br><br>　　　　Defendants. | Case No. 19-07942 BLF (PR)<br><br>**ORDER DENYING MOTION FOR POSTPONEMENT OF DEPOSITION AS MOOT; GRANTING MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>(Docket Nos. 26, 27) |

　　　　Plaintiff, a California state prisoner, filed a civil rights complaint in *pro se* pursuant to 42 U.S.C. § 1983. The Court found the complaint stated cognizable claims and ordered the matter served on Defendants. Dkt. No. 8. Defendants' dispositive motion was due December 1, 2020. Dkt. No. 22.

　　　　On October 26, 2020, Plaintiff filed a motion for a postponement of his deposition, originally scheduled for November 12, 2020, until after he had an opportunity to review Defendants' responses to his discovery requests. Dkt. No. 26. On November 23, 2020, Defendants filed notice that after the parties met and conferred, they agreed to reschedule the deposition to December 15, 2020. Dkt. No. 27. Accordingly, Plaintiff's motion for a postponement is DENIED as moot.

　　　　In light of the rescheduled deposition, Defendants request an extension of time to file their dispositive motion to which Plaintiff has agreed. Dkt. No. 27 at 2. Good cause

appearing, the motion is **GRANTED**.  Defendants' shall file a dispositive motion no later than **January 29, 2021.**  Plaintiff's opposition shall be filed no later than **twenty-eight (28) days** after Defendants' motion is filed.  Defendants shall file a reply no later than **fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket Nos. 26 and 27.

**IT IS SO ORDERED.**

Dated**:  _December 8, 2020____**

BETH LABSON FREEMAN
United States District Judge

Order Denying Motion as Moot; Granting EOT to File Disp. Mot.
C:\Users\HarwellT\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\QGE03K7W\07942Bulandr_eot.disp.mot.docx

2