UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN ANTHANY BULANDR,<br>　　　　Plaintiff,<br>　　v.<br>J. ROBERTSON, et al.,<br>　　　　Defendants. | Case No. 19-07942 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed all claims against Defendants and granted their motion for summary judgment. Judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: __September 1, 2021_____

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.19\07942Bulandr_judgment